IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CLIFTON WILLIAM JOHNSON,
Plaintiff,

v.  Civil No. 3:25cv272 (DJN)

UNKNOWN,
Defendant.

### MEMORANDUM OPINION

By Memorandum Order entered on June 2, 2025,[1] the Court conditionally docketed Plaintiff's action. On June 11, 2025, the United States Postal Service returned the June 2, 2025 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b) (providing for dismissal of an action that "the plaintiff fails to prosecute"). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

_____/s/_____
David J. Novak
United States District Judge

Alexandria, Virginia
Date: June 24, 2025

---

[1] The initial Memorandum Order conditionally docketing the action was entered on April 17, 2025. (ECF No. 3.) However, the Memorandum Order was returned to the Court due to a mailing error. The Court entered a second Memorandum Order conditionally docketing the action on June 2, 2025. (ECF No. 6.)